

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ANTHONY ROLAND

          Plaintiff,

Vs.

NBC SUBSIDARY
(WMAQ-TV) LLC,

          Defendants.

**RECEIVED**

MAY 31 2024 |CC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:24-cv-04500
Judge Elaine E. Bucklo
Magistrate Judge Jeffrey Cole
Cat 2 / Random

## COMPLAINT

Plaintiff Anthony Roland Pro Se brings this lawsuit complaining for the Defendant NBC

Subsidiary (WMAQ-TV) LLC would respectfully explain the following:

## PARTIES

1. Plaintiff Anthony Roland is an American Citizen and a Native to Chicago.

2. Plaintiff Anthony Roland is currently employed at Home Depot as a sales assistant in the
   Electric department.

3. Defendant WMAQ-TV (channel 5) is a television station in Chicago, Illinois, United
   States, serving as the market's NBC outlet. It is owned and operated by the network's
   NBC Owned Television Stations division alongside Telemundo station WSNS-TV
   (channel 44); it is also sister to regional sports network NBC Sports Chicago. WMAQ-
   TV and WSNS-TV share studios at the NBC Tower located at 454 North Columbus Drive
   in the city's Streeterville neighborhood.

4. This is a Civil Case violation of the Plaintiff's Fourth and Fourteenth Amendment Rights under 42 U.S.C. §§ 1985, and 1986.

5. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

6. This court has jurisdiction over the lawsuit because it involves both Fourth and Fourteenth Constitution violations.

7. This court has jurisdiction over the lawsuit because it involves citizens of different states and the dispute is more than 1,000 dollars.

## GENERAL ALLEGATIONS

8. NBC (WMAQ-TV) is in the business of interstate communications television broadcasting way of satellite which carries the network through all 50 states.

9. NBC (WMAQ-TV) is Negligent of Invading Plaintiff Anthony Roland's Fourth and Fourteenth Amendments, which additionally places Plaintiff in a substantial risk by the network's audience.

10. The NBCUniversal Privacy Policy explains how NBCUniversal and its affiliates ("NBCUniversal Affiliates") take extreme security measures seriously to prevent personal data from being breached by users in all categories. Whether the user uses the websites, downloadable applications, browser extensions, interactive TV applications, voice-activated skills, other digital services, connected devices such as theme-park devices, and off-line services that link to this policy, or if you engage in business with (NBCUniversal Services or Services"). This Privacy Policy applies to NBCUniversal Services throughout the world.

11. On or about January 01, 2013, Plaintiff Anthony Roland noticed his Invasion of Privacy was being violated by NBC (WMAQ-TV). When the commentators started pointing and talking about items or activities the Plaintiff was doing at the time while watching WMAQ-TV. The plaintiff overlooked the gestures as coincidence until repeatedly pointing out incidents that the plaintiff was doing. Plaintiff has several video evidence of interaction by WMAQ-TV (*fresh evidence is available for the court in an evidentiary hearing*).

12. From 2018-present Plaintiff sent out letters by USPS containing FOIA/PA requests also a cease and desist letter but of course never heard back from the NBC Subsidiary (WMAQ-TV) platform for Violation of Privacy transparency.

13. In the past plaintiff complained to the District Court about similar issues in this matter but was denied due process: consisting of subpoenas, meet and confer, and Interrogative. The Petition is now being reviewed by the United States Supreme Court See, Anthony Roland vs. Dept. of Justice 23-7186.

14. **Attachment A:** Elizebeth Prelogar the Solicitor General has waived her rights to respond against Plaintiff's similar ongoing issues.

15. The unwarranted and unjustified Invasion of Privacy done by WMAQ-TV Platform, has caused Plaintiff to be afraid because it's being aired across the states also causing great emotional distress and defamation.

3

## COUNT ONE

### *Invasion of Privacy-Intrusion of Seclusion as against NBC (WMAQ-TV) Under Section 3A of the Communication Act of 2003.*

16. Plaintiff realleges as through fully set forth at length, and included herein by reference, all of the allegation and statement contained in paragraphs 8 through 15 of the General Allegation, above and including.

17. Defendants NBC (WMAQ-TV) has a Privacy Policy that is responsible for the protection of user expectation of privacy from public viewing. WMAQ-TV serves as a Telecommunication Network to viewers like Plaintiff Anthony Roland.

18. Defendant WMAQ-TV Network Station plays a part in Plaintiff's surreptitious Invasion of Privacy / Intrusion of Seclusion by the transparency of the Communication Station which is unwarranted and unjustified. The result is a violation of the Plaintiff's Fourth Amendment and Article 1, section 6 of the Illinois Constitution "The people shall have the right to be secure in their persons, houses, papers and other possessions against unreasonable searches, seizures, invasions of privacy or interceptions of communications by eavesdropping devices or other means."

19. Video evidence (*available during deposition or court*) of Plaintiff Anthony Roland utilizing his Cell Phone to capture evidence that he is being observed through the lens of WMAQ-TV smart television See, e.g., Robbins v. Lower Merion School District Civil Action No. 10-665. In That Case which was a federal class action lawsuit, brought in February 2010 on behalf of students of two high schools in Lower Merion Township, a suburb of Philadelphia. In October 2010, the school district agreed to pay $610,000 to settle the Robbins lawsuit. The suit alleged that, in what was dubbed the

"WebcamGate" scandal, the schools secretly spied on the students while they were in the privacy of their homes by remotely activating web cameras.

20. Plaintiff Anthony Roland utilized his Cell Phone to capture evidence that Plaintiff is being watched through the lens of the smart Television by WMAQ-TV. On Sunday, May 26, 2024, Roland recorded himself explaining that on Memorial Day Monday 27, 2024 he would turn to channel 5 (WMAQ-TV) with three objects the theme would be Summer: The Objects were a Drink and Clothes all were displayed back. The story can be viewed on the Today Show in which the beginning topic was summer and another topic on clothes which was aired the next day on Memorial Day. The Video Plaintiff recorded before that day is available for deposition.

21. Defendant's surreptitious of Plaintiff's Invasion of Privacy / Intrusion of Seclusion is a Substantial Risk to Plaintiff's livelihood.

22. Plaintiff wrote letters to the defendant about the Intrusion of NBC (WMAQ-TV) but has not heard anything in response due to their privacy violations.

23. As a direct and proximate result of the Intrusion of Seclusion / Invasion of Privacy by Defendant, Plaintiff Anthony Roland has suffered and continues to suffer from, including but not limited to being forced to live in isolation; suffering, both mental and physical in nature; mental anguish; public humiliation; anxiety; loss of appetite. Pro se Roland is entitled to damages, including presumed economic damages, as a consequence of NBC (WMAQ-TV) above conducts.

**Attachment A**

IN THE SUPREME COURT OF THE UNITED STATES

ROLAND, ANTHONY
    Petitioner

vs.

No:  <u>23-7186</u>

DEPARTMENT OF JUSTICE

## <u>WAIVER</u>

The Government hereby waives its right to file a response to the petition in this case, unless requested to do so by the Court.

<u>ELIZABETH B. PRELOGAR</u>
Solicitor General
  <u>Counsel of Record</u>

May 03, 2024

cc:

    ANTHONY ROLAND
    5642 S. WELLS STREET
    CHICAGO, IL 60621

Wherefore, Plaintiff Anthony Roland prays for Preliminary Injunction Relief against the Invasion of Privacy and the punitive damages to be $45,000 (Forty-Five Thousand Dollars) for the first time WMAQ-TV violated Plaintiff's Privacy and $25,000 (Twenty-Five Thousand Dollars) thereafter and such other relief as this court deems just.

## COUNT TWO
### *Negligence against NBC (WMAQ-TV)*

24. Plaintiff realleges as through fully set forth at length and incorporates herein by reference, all the allegations and statements contained in paragraphs 8 through 15 of the General Allegations, paragraphs 16 through 23 of Count One above and including.

25. NBCUniversity Private Policy has a responsibility to protect the privacy of citizens who are employees and customers of their communication station and have a legitimate interest in maintaining an expectation of privacy right for all viewers like Plaintiff Anthony Roland.

26. Defendant WMAQ-TV is Negligent in surreptitious of the Invasion of Roland's Privacy and Negligence by not becoming a whistleblower but an accomplice in violating plaintiff Anthony Roland's liberty also intentionally and willfully knowing the dangers that the condition can cause. All presumptions can be proven by **due process of Discovery**.

27. **Attachment B:** is a letter asking both their Register agent and NBC Towers (WMAQ-TV) for an FOIA / PA request. (***Plaintiff has not heard from the Defendant yet***).

28. **Attachment C:** is a Certified Mail Receipts indicating Plaintiff Anthony Roland wrote a letter complaining to the FTC (Federal Trade Commission) asking for an investigation for a data breach done by the Telecommunication Network and a Certified Mail Receipt to NBC Parent Company Comcast Corporation asking for cease and desist against his violation.

29. As a direct and proximate result of the Negligence of Defendant, Plaintiff Anthony Roland has suffered and continues to suffer from, including but not limited to being forced to live in isolation; suffering, both mental and physical in nature; mental anguish; public humiliation; anxiety; loss of appetite. Pro se Roland is entitled to damages,

including presumed economic damages, by gross negligence of NBC (WMAQ-TV) above conducts.

**Tracking Number:** **Attachment B**

# 95055119112841365576269

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 12:23 pm on May 17, 2024 in CHICAGO, IL 60611.

Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, In/At Mailbox**
CHICAGO, IL 60611
May 17, 2024, 12:23 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedbac

 **Wolters Kluwer**

## Attachment B

May 22, 2024

**Notice of Rejected Service of Process – Log# 546484151**

Agent Served: C T Corporation
Party Served: NBC (WMAQ-TV)
Jurisdiction Served: Illinois
Title of Action: Re: Anthony T. Roland // To: NBC (WMAQ-TV)
Case No.

Dear Sir/Madam:

We have received documents from you in the above-referenced matter, but we are not able to forward the documents to any party due to the reason indicated below.

☐ **Not Agent:** According to our records and/or the records of the Secretary of State, we are not the registered agent for the party you are attempting to serve.

☑ **Documents Do Not Correctly Identify the Intended Recipient:** The name of the party that you are trying to serve appears to be incomplete and/or there are other errors in how you have identified the party that you are trying to serve. Our company is the registered agent for service of process for hundreds of thousands of entities, and because of your errors in identifying the party that you are trying to serve, we are unable to determine the identity of the party that you are attempting to serve.

☐ **Inactive Entity:** The entity that you are attempting to serve is either discontinued on our records and/or inactive with the Secretary of State. Accordingly, we no longer have any active agreement with the entity to operate as its registered agent for service of process, and we no longer have current delivery instructions on file.

To be clear, for the aforementioned reason(s), we have not been able to forward the documents that you are attempting to serve to any party. We are writing this letter to you so that you can take action to address the problems that we have identified. If you do not correct the errors identified herein, the party you are trying to serve will not receive notice of these documents.

Please email SOPInquiries@wolterskluwer.com if you believe that you have received this letter in error or if you need further assistance.

Very truly yours,
C T Corporation System

**(Returned To)**

Anthony Roland
5642 S. Wells St.,
Chicago, IL 60621



**USPS TRACKING#**

9590 9402 7168 1251 5013 84

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*

Anthony Roland
5642 S. Wells st.
Chicago IL. 60621

-405142

## Attachment C

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FTC
Consumer Response Center
600 Pennsylvania Ave, NW
Washington, DC 20580

9590 9402 7168 1251 5013 84

2. Article Number (Transfer from service label)

7001 2510 0002 3701 3815

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X FTC
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Com Cast
One Comcast Center
PHILADELPHIA, PA 19103-2838

9590 9402 5372 9189 1515 48

2. Article Number *(Transfer from service label)*

7019 2970 0000 7939 0782

PS Form 3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent ☐ Addressee
COMCAST CORPORATION
B. Received by *(Printed Name)* C. Date of Delivery
ONE COMCAST CENTER

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# Attachment C



USPS TRACKING#

9590 9402 5372 9189 1515 48

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Anthony Roland
7640 S. Michigan
Chicago IL. 60619

Wherefore, Plaintiff Anthony Roland prays for Preliminary Injunction Relief against the Invasion of Privacy and punitive damages of $45,000 (Forty-Five Thousand Dollars) for the first time WMAQ-TV violated Plaintiff's Privacy / Intrusion and $25,000 (Twenty-Five Thousand Dollars) thereafter and such other relief as this court deems just.

### Prayer for Relief

Wherefore, Pro Se Anthony Roland respectfully requests that the Court enter an

award and judgment in his favor, and against NBC (WMAQ-TV) as follows:

    A.  Permanent injunctive relief from future violation of privacy;

    B.  Compensatory damages in an amount to be established at trial for

        emotional, reputational, and other injuries;

    C.  Punitive damages in amount to be determined at trial;

    D.  Such other and further relief as the Court deems appropriate.

### Bench Trial

Pro Se Plaintiff Requests Adjudication by an Article III Judge.

Respectfully submitted,

Dated: May 31, 2024

s/ *[signature]*

Pro Se: Anthony Roland
5642 S. Wells St.
Chicago, IL. 60621
(312) 292-8142
Anthonyroland385@gmail.com